IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-00508-LTB-BNB

BUCKLES MANAGEMENT, LLC,
BUCKLES MANAGEMENT 401(K) PROFIT SHARING PLAN,
JLC CONSULTING, INC.,
FOCUS BUSINESS PARK, LLC, and
JOE COOK,

       Plaintiffs,

v.

INVESTORDIGS, LLC,
UNIT SOLUTIONS, LLC
WALTER CHARNOFF,

       Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Motion to Amend the Complaint (Doc 23 - filed May 26, 2010) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1(A).

Dated: May 27, 2010
_____