IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-00508-LTB-BNB

BUCKLES MANAGEMENT, LLC,
BUCKLES MANAGEMENT 401(K) PROFIT SHARING PLAN,
JLC CONSULTING, INC.,
FOCUS BUSINESS PARK, LLC, and
JOE COOK,

       Plaintiffs,

v.

INVESTORDIGS, LLC,
UNIT SOLUTIONS, LLC
WALTER CHARNOFF,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendants have filed a Response to Plaintiffs' Motion to Amend Complaint (Doc 31 - filed June 25, 2010). Plaintiffs have **up to and including July 14, 2010** to file a reply.

     Defendants' Motion to Amend Response (Doc 32 - filed June 30, 2010) is **GRANTED**.

Dated: July 1, 2010
_____