IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00508-LTB-BNB

BUCKLES MANAGEMENT, LLC,
BUCKLES MANAGEMENT 401(K) PROFIT SHARING PLAN,
FOCUS BUSINESS PARK, LLC,
JLC CONSULTING, INC., and
JOE COOK,

Plaintiffs,

v.

INVESTORDIGS, LLC,
ONIT SOLUTIONS, LLC, and
WALTER CHARNOFF,

Defendants.

## ORDER

I have determined based on my review of the parties' confidential settlement statements that a settlement conference at this time would be a waste of resources.

IT IS ORDERED that the settlement conference set for **October 21, 2010, at 9:00 a.m.**, is VACATED.

Dated October 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge