IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 10-cv-00508-LTB-BNB

BUCKLES MANAGEMENT, LLC,
BUCKLES MANAGEMENT 401(K) PROFIT SHARING PLAN,
JLC CONSULTING, INC.,
FOCUS BUSINESS PARK, LLC, and
JOE COOK,

       Plaintiffs,

v.

INVESTORDIGS, LLC,
UNIT SOLUTIONS, LLC
WALTER CHARNOFF,

       Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion to Stay Case and Discovery Deadlines Pending Final Disposition of Settlement Documents (Doc 42 - filed October 26, 2010) is **GRANTED**.

    The parties shall file status reports every 30 days regarding the final execution and approval of the settlement documents.

Dated: October 27, 2010
_____