**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.   10-cv-00508-LTB-BNB

BUCKLES MANAGEMENT, LLC,
BUCKLES MANAGEMENT 401(K) PROFIT SHARING PLAN,
JLC CONSULTING, INC.,
FOCUS BUSINESS PARK, LLC, and
JOE COOK,

       Plaintiffs,

v.

INVESTORDIGS, LLC,
ONIT SOLUTIONS, LLC, and
WALTER CHARNOFF,

       Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 53 - filed March 24, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                               BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge

DATED:   March 28, 2011